1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

6

## FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8

| | |
|---|---|
| JOHN BAGENT,                              ) | Case No. 1:07-cv-01687-AWI-TAG |
|                              Plaintiff,   ) | ORDER DIRECTING THE CLERK TO |
|     vs.                                   ) | REFER THIS ACTION TO A DIFFERENT |
|                                           ) | MAGISTRATE JUDGE |
| STEPHEN MAYBERRY,  Director, DMH,         ) | |
| ROBERT OWEN, Ph.D, et al.,                ) | |
| _____ / | |

9

10

11

12

13        On November 21, 2007, Plaintiff John Bagent, a civil detainee, filed a pro se civil rights

14  complaint in this Court.  (Docs. 1, 2).  The matter was referred to the undersigned Magistrate Judge

15  pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302.  Upon further review of this action, the

16  undersigned HEREBY DIRECTS the Clerk of this Court to refer this matter to a different Magistrate

17  Judge, and to adjust the assignment of cases accordingly.

18

19

20  IT IS SO ORDERED.

21  Dated:   **December 26, 2007**                          **/s/ Theresa A. Goldner**
                                                        UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28