IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN BAGENT,

    Plaintiff,               1: 07 CV 1687 AWI WMW PC

vs.                            ORDER

STEPHEN MAYBERG, et al.,

    Defendants.

On January 22, 2009, Plaintiff filed a motion for leave to file an amended complaint. On February 2, 2009, an order was entered, granting Plaintiff's motion and directing Plaintiff to file his amended complaint within thirty days. Plaintiff failed to do so and on March 11, 2009, a recommendation of dismissal was entered. On March 18, 2009, Plaintiff filed objections to the findings and recommendations. In his objections, Plaintiff seeks a further extension of time in which to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 11, 2009, recommendation of dismissal is vacated.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:    April 13, 2009**             /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE