# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAGENT,<br><br>        Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01687-AWI-SKO PC<br><br>ORDER GRANTING MOTION REQUESTING VOLUNTARY DISMISSAL<br><br>(Doc. 22) |

Plaintiff John Bagent ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 25, 2010, Plaintiff filed a motion informing the Court that he wishes to voluntarily dismiss this action. (Doc. #22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before an opposing party serves either an answer or a motion for summary judgment.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion is GRANTED and this action is DISMISSED, without prejudice, pursuant to Plaintiff's notice of voluntary dismissal.

IT IS SO ORDERED.

**Dated:   December 1, 2010**                 /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE